JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIM VARNAU, RICHARD MORRIS, RON WARNOCK, RICK SPRADLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTI CORPORATION,<br><br>Defendant. | Case No.: CV 15-4896-DMG (MRWx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO PLAINTIFF KIM VARNAU [34]** |

After consideration of the Joint Stipulation of Dismissal with Prejudice as to the Plaintiff Kim Varnau, signed by counsel for Plaintiffs and counsel for Defendant Conti Corporation, and good cause appearing therein,

IT IS HEREBY ORDERED THAT this matter is dismissed in its entirety, with prejudice as to Plaintiff Kim Varnau, with each side to bear its own costs and attorneys' fees. All scheduled dates and deadlines are VACATED.

DATED:   March 14, 2016        _____
                               DOLLY M. GEE
                               UNITED STATES DICTRICT JUDGE